1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | JON LLOYD HOUSTON,              | No. 2:16-cv-0115 CKD P
12 |         Plaintiff,
13 |    v.                            | ORDER
14 | SACRAMENTO COUNTY, et al.,
15 |         Defendants.

16

17    Plaintiff, a Sacramento County prisoner proceeding pro se, has filed a civil rights action
18 pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis
19 pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to
20 proceed in forma pauperis on the form used by this district.  Accordingly, plaintiff's application
21 will be dismissed and plaintiff will be provided the opportunity to submit the application on the
22 appropriate form.  Plaintiff is cautioned that he must also provide a certified copy of his prison
23 trust account statement for the six month period immediately preceding the filing of his
24 complaint.
25    In accordance with the above, IT IS HEREBY ORDERED that:
26    1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without
27 prejudice;
28

1

      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

      3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 26, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hous0115.3d